1 | CHRISTOPHER CHIOU
Acting United States Attorney
2 | District of Nevada
Nevada Bar No. 14853
3
4 | SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
5 | Las Vegas, Nevada 89101
(702) 388-6336
6 | Skyler.Pearson@usdoj.gov

7 | *Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY M. STEVENS, | Case No. 2:20-cv-00331-JCM-BNW |
| Plaintiff, | **Stipulation to Dismiss Case** |
| v. | |
| THE UNITED STATES OF AMERICA; DOES I through X, ROE CORPORATIONS 1 through X inclusive, | |
| Defendant. | |

It is hereby stipulated by and between the Plaintiff, Rosemary M. Stevens, and Defendant, United States of America, that this lawsuit be dismissed, with prejudice, with

///
///
///
///
///
///
///
///
///


each party to bear their own fees and costs.

Dated this 8th day of November 2021.

| BENSON & BINGHAM | CHRISTOPHER CHIOU |
|---|---|
| */s/  Dana P. Oswalt* | Acting United States Attorney |
| DANA P. OSWALT, ESQ. | */s/ Skyler H. Pearson* |
| Nevada Bar No. 12061 | SKYLER H. PEARSON |
| 11441 Allerton Park Dr., Suite100 | Assistant United States Attorney |
| Las Vegas, Nevada 89135 | *Attorneys for the United States* |
| 1645 Village Center Circle, Suite 60 | |
| Las Vegas, NV 89134 | |
| litigate@bensonbingham.com | |
| *Attorneys for Plaintiff* | |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: November 10, 2021